IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DERIN K. MUELLER, | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:22-CV-00070 |
| TDCJ-CID, | § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Derin K. Mueller, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Defendant TDCJ-CID.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this civil action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). [Dkt. 12].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 3rd day of October, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on August 19, 2022. [Dkt. 13].