IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DERIN K. MUELLER, | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:22-CV-00070 |
| TDCJ-CID, | § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Michael J. Truncale, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this civil action is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

All motions by either party not previously ruled on are **DENIED**.

**SIGNED this 3rd day of October, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge